# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **MABEL SMITH**, | ) | |
| *Guardian of the minor child K.C.* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-cv-2755 (TSC/ZMF) |
| | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 26, the court hereby ADOPTS the report and ACCEPTS the recommendations of the Magistrate Judge. Plaintiff's Motion for Summary Judgment (ECF No. 13) is hereby DENIED and Defendant's Cross-Motion for Summary Judgment (ECF No. 15) is hereby GRANTED. This action is hereby dismissed with prejudice.

Date: December 18, 2023

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge